# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br>v.<br><br>DAVID L. HARRIS,<br><br>                               Defendant,<br>and<br><br>ADVANTAGE HOME HEALTH CARE,<br><br>                         Garnishee-Defendant. | Case No. 08-CR-319-1-JPS<br><br>**ORDER** |

On May 4, 2017, the parties filed a stipulation for entry of a final order of garnishment. (Docket #90). Upon consideration of the parties' stipulation, by which the defendant and the garnishee-defendant stipulate to a garnishment of the defendant's wages, and waive their right to a hearing as to the same, the Court finds that the parties' proposed order is appropriate.

Accordingly,

**IT IS ORDERED** that the garnishee-defendant shall pay to the plaintiff $50.00 per pay period of the defendant's earnings, by sending a check or money order made payable to the Clerk, U.S. District Court and mailing the check or money order to the Clerk, U.S. District Court, 517 East Wisconsin Avenue, Room 362 Federal Courthouse, Milwaukee, WI 53202. Payments shall continue until the unpaid balance is fully paid and satisfied

or until the defendant is no longer employed by Advantage Home Health Care.

Dated at Milwaukee, Wisconsin, this 16th day of May, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge